IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MAR 26 2026 PM1:58
FILED - USDC - NDTX - AM

UNITED STATES OF AMERICA

v.

AUSTIN LEE DYKGRAAF (01)
ERMINIO JESUS LUJAN (02)
ZANETH LANE MONTGOMERY (03)

NO. **2-26CR-035-Z**

[TO BE FILED UNDER SEAL]

## INDICTMENT

The Grand Jury Charges:

### Count One
### Conspiracy to Possess Stolen Firearms
(Violation of 18 U.S.C. § 371)

From on or about a date unknown to the grand jury to on or about August 3, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Austin Lee Dykgraaf**, **Erminio Jesus Lujan**, and **Zaneth Lane Montgomery**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the grand jury to commit an offense against the United States, that is, to commit the offense of Possession of Stolen Firearms, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

### MANNER AND MEANS

It was part of this conspiracy that one or more of the conspirators would and did:

1.    Travel to various residences in the Amarillo Division of the Northern District of Texas;

2.    Burglarize vehicles and steal firearms and other valuable items;

Austin Lee Dykgraaf, et al.
Indictment - Page 1

3.    Possess, conceal, store, barter, sell, and dispose of stolen firearms; and

4.    Commit the offense of Possession of Stolen Firearms.

## OVERT ACTS

In furtherance of this conspiracy and to effect the objects thereof, the conspirators committed, among others, the following overt acts in the Northern District of Texas and elsewhere: Counts Two through Eight of this indictment are hereby incorporated as overt acts of this conspiracy and of this Count One.

All in violation of Title 18, United States Code, Section 371.

<u>Count Two</u>
Possession of Stolen Firearms
(Violation of 18 U.S.C. §§ 922(j), 924(a)(2))

On or about August 3, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Austin Lee Dykgraaf**, **Erminio Jesus Lujan**, and **Zaneth Lane Montgomery**, defendants, did knowingly possess, conceal, store, barter, sell, and dispose of stolen firearms, that is, an FN, model 509C, 9mm semiautomatic handgun, serial number GKS0266720; a Glock, model 22, .40 caliber semiautomatic handgun, serial number SZB623, and a Tokarev, model TBP 12, 12 gauge shotgun, serial number 52-H24YB-001063, that had been shipped and transported in interstate and foreign commerce before said firearms were stolen, defendants knowing and having reasonable cause to believe that said firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Three
Possession of a Stolen Firearm
(Violation of 18 U.S.C. §§ 922(j), 924(a)(2))

From on or about July 5, 2025, to on or about July 6, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Austin Lee Dykgraaf**, **Erminio Jesus Lujan**, and **Zaneth Lane Montgomery**, defendants, did knowingly possess, conceal, store, barter, sell, and dispose of a stolen firearm, that is, a Taurus, model PT111 Millennium Pro, 9mm handgun, serial number TAX01737, that had been shipped and transported in interstate and foreign commerce before said firearm was stolen, defendants knowing and having reasonable cause to believe that said firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## Count Four
### Convicted Felon in Possession of Firearms
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about August 3, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Austin Lee Dykgraaf**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce firearms, to wit: an FN, model 509C, 9mm semiautomatic handgun, serial number GKS0266720; a Glock, model 22, .40 caliber semiautomatic handgun, serial number SZB623, and a Tokarev, model TBP 12, 12 gauge shotgun, serial number 52-H24YB-001063.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Five</u>
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

From on or about July 5, 2025, to on or about July 6, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Austin Lee Dykgraaf**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a Taurus, model PT111 Millennium Pro, 9mm semiautomatic handgun, serial number TAX01737.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## Count Six
### Possession of a Stolen Firearm
(Violation of 18 U.S.C. §§ 922(j), 924(a)(2))

From on or about July 25, 2025, to on or about August 8, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Austin Lee Dykgraaf, Erminio Jesus Lujan**, and **Zaneth Lane Montgomery**, defendants, did knowingly possess, conceal, store, barter, sell, and dispose of a stolen firearm, that is, a Glock, model 19, 9mm semiautomatic handgun, serial number BXGR815, equipped with Glock switch machinegun conversion device, that had been shipped and transported in interstate and foreign commerce before said firearm was stolen, defendants knowing and having reasonable cause to believe that said firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Austin Lee Dykgraaf, et al.**
**Indictment - Page 7**

<u>Count Seven</u>
Unlawful Possession of a Machinegun
(Violation of 18 U.S.C. §§ 922(o)(1), 924(a)(2))

From on or about July 25, 2025, to on or about August 8, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Austin Lee Dykgraaf**, **Erminio Jesus Lujan**, and **Zaneth Lane Montgomery**, defendants, did knowingly possess a machinegun, to wit: a Glock, model 19, 9mm semiautomatic handgun, serial number BXGR815, equipped with Glock switch machinegun conversion device, and the defendants knew that the weapon possessed had the characteristics that brought it within the statutory definition of a machinegun, as defined by Title 18, United States Code, Section 921(a), and Title 26, United States Code, Section 5845(b).

In violation of Title 18, United States Code, Sections 922(o)(1), 924(a)(2), and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Austin Lee Dykgraaf, et al.**
**Indictment - Page 8**

<u>Count Eight</u>
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

From on or about July 25, 2025, to on or about August 8, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Austin Lee Dykgraaf**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit a Glock, model 19, 9mm semiautomatic handgun, serial number BXGR815, equipped with Glock switch machinegun conversion device.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
RYAN C. REDD
Assistant United States Attorney
North Carolina State Bar No. 49481
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7351
Facsimile:    806-472-7394
E-mail:    ryan.redd@usdoj.gov

**Austin Lee Dykgraaf, et al.**
**Indictment - Page 9**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

AUSTIN LEE DYKGRAAF (01)
ERMINIO JESUS LUJAN (02)
ZANETH LANE MONTGOMERY (03)

INDICTMENT

COUNT 1:        CONSPIRACY TO POSSESS STOLEN FIREARMS
Title 18, United States Code, Section 371

COUNTS 2, 3, 6:    POSSESSION OF STOLEN FIREARMS
Title 18, United States Code, Sections 922(j), 924(a)(2)

COUNTS 4, 5, 8:    CONVICTED FELON IN POSSESSION OF FIREARMS
Title 18, United States Code, Sections 922(g)(1), 924(a)(8)

COUNT 7:        UNLAWFUL POSSESSION OF A MACHINEGUN
Title 18, United States Code, Sections 922(o)(1), 924(a)(2).
(8 COUNTS)

A true bill rendered:

Amarillo                                   _Foreperson_

Filed in open court this 26th day of March, A.D. 2026.

SEALED ARREST WARRANTS TO ISSUE AS TO ALL DEFENDANTS.

UNITED STATES MAGISTRATE JUDGE